UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re DEBORAH K. GOEDECKE,

Debtor.

Case No.  C04-5849RJB

ORDER GRANTING MOTION
IN PART AND STAYING
MOTION IN PART

This matter comes before the court on the parties' Joint Motion for Order: (1) Dismissing Appeal and (2) Directing Bankruptcy Judge to Vacate Order of Dismissal (Dkt. 8). The court has considered the pleadings filed in support of the motion and the file herein, and it is hereby

**ORDERED** that the parties' Joint Motion for Order: (1) Dismissing Appeal and (2) Directing Bankruptcy Judge to Vacate Order of Dismissal (Dkt. 8) is **GRANTED** in part as follows: The case is **REMANDED** to the Bankruptcy Court for approval or rejection of the proposed settlement accompanying the motion. The Motion for Order Dismissing Appeal shall is stayed pending a decision from the Bankruptcy Court. Within ten (10) days of such decision approving or rejecting the proposed settlement, the parties shall notify this court of their intention to renew or retract the Motion for Order Dismissing Appeal.

The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address..

DATED this 15th day of February, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER